AO 442 (Rev. 01/09) Arrest Warrant

SEALED

2609080

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:18-cr-00350 |
| FANOR HERNAN BARONA-RAMIREZ, | ) Assigned To : Judge Chutkan, Tanya S. |
| | ) Assign. Date : 11/29/2018 |
| Defendant | ) Description: INDICTMENT (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Fanor Hernan Barona-Ramirez                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute 5 kilograms of cocaine for importation into the United States, in violation of Title 21 U.S.C. §§ 959(a), 960, and 963.
Aiding and Abetting in violation of Title 18 U.S.C. § 2.

Date: 11/29/2018

*Issuing officer's signature*

City and state:  Washington, D.C.

Magistrate Judge G. Michael Harvey
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/23/2021 , and the person was arrested on *(date)* 04/23/2021
at *(city and state)* Washington DC                                              .

Date: 04/26/2021

*Arresting officer's signature*

Steven Caldwell   DEO
*Printed name and title*