IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  *

 v.                       * Criminal Case No. 18-cr-350-TSC

FANOR BARONA RAMIREZ      *        SEALED

\* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Fanor Barona Ramirez, by and through his attorney Alfred Guillaume III, submits the following sentencing mitigation report/memorandum on behalf of the defendant.

WHEREFORE, undersigned counsel requests that this Honorable Court consider the report, letters, and other mitigation at the Defendant's sentencing.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Sentencing Memorandum was sent to all parties on May 4, 2024 with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.